UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00273-MOC

| | | |
|---|---|---|
| STACEY K. BOger, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| **Acting Commissioner of Social Security** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the defendant's Motion for Remand (#13). The plaintiff, via counsel, has consented to the Motion. Under relevant law and case precedent, the court has the authority, under sentence four of 42 U.S.C. § 405, to reverse a Commissioner's prior decision and remand the matter for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). Having considered the Motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Remand (#13) is **GRANTED**, for good cause shown. Pursuant to sentence four of 42 U.S.C. § 405 (g) and relevant case law, the court hereby **REVERSES** the prior decision of the Commissioner and **REMANDS** the matter for further administrative proceedings.

Signed: February 17, 2017

Max O. Cogburn Jr
United States District Judge

-1-